
AUSA LeighAnn Thomas (312) 613-9000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDNA MARITZA LOPEZ | Case No.: 24 CR 38<br>JEFFREY T. GILBERT<br>Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, JASON BENNETT, appearing before United States Magistrate Judge JEFFREY T. GILBERT by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that EDNA M. LOPEZ has been charged by Indictment in the Southern District of Texas with the following criminal offense: distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(B).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

JASON BENNETT
Task Force Officer
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone this 23rd day of January, 2024.

JEFFREY T. GILBERT
United States Magistrate Judge

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
F I L E D

JUL 14 2020

David J. Bradley
Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| EDNA MARITZA LOPEZ | § | C-20-898 |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about June 10, 2020, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

EDNA MARITZA LOPEZ,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than five hundred (500) grams of a mixture or substance containing a detectable amount of cocaine, that is, approximately three and eight-tenths (3.8) kilograms (gross weight) of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____
DENNIS E. ROBINSON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

RECEIVED
UNITED STATES MARSHAL
20 JUL 29 PM 1:42
SOUTHERN TEXAS

| | | |
|---|---|---|
| United States of America<br>v.<br><br>**EDNA MARITZA LOPEZ**<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **CR C-20-898** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **EDNA MARITZA LOPEZ** ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows: **Failure to appear for Arraignment on July 23, 2020 before Judge Jason B. Libby**

Date: Jul 29, 2020

by *(signature)*
Issuing officer's signature: **Kendra Pearson, Deputy Clerk**

City and state: Corpus Christi, Texas

David J. Bradley, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*



AO 442 (Rev. 01/09) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:20-cr-898-1 |
| EDNA MARITZA LOPEZ | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* EDNA MARITZA LOPEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
X Pretrial Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

see attached petition

Date: Jul 22, 2020

*Issuing officer's signature*

City and state: Corpus Christi, Texas

Linda Rivera, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Texas
## Corpus Christi Division

U.S.A. vs. **Edna Maritza Lopez**            Docket No. **2:20-cr-00898-1**

### Petition for Action on Conditions of Pretrial Release

U.S. Probation reports on Edna Maritza Lopez, who was originally placed on pretrial supervision by the Honorable Julie K. Hampton in Corpus Christi, Texas, on June 18, 2020, under conditions of release including:

(7)(p) participate in one of the following location restriction programs and comply with its requirements as directed.

**Curfew**. You are restricted to your residence every day from 11:00 p.m. to 6:00 a.m., Court approved working at night but she must notify USPO of her work schedule and hours. (USPO may modify hours).

**Home Detention with Active GPS Monitoring**. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligation; or other activities approved in advance by the pretrial service office or supervising officer.

**Previous Court Action**:

Edna Maritza Lopez was indicted on July 14, 2020, Lopez is scheduled for arraignment on July 23, 2020, before the Honorable Jason B. Libby.

**U.S. Probation petitions Court to act for this cause**:

On July 20, 2020, this officer was informed by the McAllen Supervising Probation Officer that this defendant removed her ankle monitor and left her residence. On July 19, 2020, at approximately 2:23 p.m., the McAllen Probation Officer received a strap tamper alert. Contact was made with Edna Maritza Lopez' husband who reported that his son called him and told him that Edna Maritza Lopez had placed the ankle monitor on him and Lopez left the home. On July 20, 2020, Lopez's husband informed the McAllen Probation Officer that Lopez' mother contacted him and informed him that Edna Maritza Lopez is with her family in Mexico.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant so the defendant can be brought before the Court to show why his release should not be revoked.

ORDER OF COURT

Considered and orders the issuance of a warrant as herein prayed for this **22** day of **July** 2020 and ordered filed and made a part of the records in the above case.

*Jason B. Libby*
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Ernesto A. Ledesma*
Senior U.S. Probation Officer

Place: Corpus Christi, Texas
Date: July 22, 2020

TRUE COPY I CERTIFY
ATTEST: 7/22/20 Date ___ 1 # of pages
DAVID J. BRADLEY, Clerk of Court

By _____
Deputy Clerk